PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Carlos Brittain   Case Number: 3:99-00120-11

Name of Judicial Officer: The Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: June 26, 2000

Original Offense: Ct. 1: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute 500 grams or More of Cocaine; Ct. 9: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute 500 kilograms or More of Cocaine

Original Sentence: 120 months' custody followed by 5 years' supervised release

Type of Supervision: Supervised Release   Date Supervision Commenced: May 1, 2008

Assistant U.S. Attorney: Robert Anderson   Defense Attorney: Thomas Watson

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 9th day of Aug, 2012, and made a part of the records in the above case.

_____
U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place   Columbia, Tennessee

Date   August 7, 2012

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not commit another federal, state, or local crime:**

On August 2, 2012, Carlos Brittain was arrested for Domestic Assault (Class A Misdemeanor) by the Metropolitan Police Department, Nashville, Tennessee. According to the affidavit, on July 28, 2012, Police were dispatched to Baptist Hospital and met with the victim who advised that Mr. Brittain slammed her onto the ground twice, causing a large scratch on her left forearm. He is to appear in Davidson County General Sessions Court, Nashville, Tennessee, on October 1, 2012, for a trial, warrant number GS595270.

**Compliance with Supervision Conditions and Prior Interventions:**

This officer spoke with Mr. Brittain who advised that the victim fell on the sidewalk. This officer spoke with the victim who wanted to talk at a later time but has not returned my calls. Mr. Brittain and the victim have two children together but are not married. Mr. Brittain has been on supervision since May 1, 2008. The Court was previously notified of a dismissed domestic violence case on October 29, 2009, docket entry 1006.

Mr. Brittain is currently employed and lives with his mother.

**U.S. Probation Officer Recommendation:**

Although this office considers domestic violence a serious risk issue, this office has not been able to confirm information with the victim at this time. It is recommended that Mr. Brittain be continued on supervised release. The Court will be notified of the disposition so it may determine if any further action is necessary.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: *Kenneth P.C.*
Kenneth Parham
Supervisory U.S. Probation Officer